Entered on Docket
July 13, 2010

_____

**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                         )        Case No.: BK-S-09-26970-MKN
                                               )
JORGE CASTELLANOS,                             )        Chapter 13
                                               )
                    Debtor.                    )
_____        )
                                               )
JORGE CASTELLANOS,                             )        Adv. Proceeding No.: 10-01125-MKN
                                               )
                    Plaintiff,                 )        Date:   July 12, 2010
                                               )        Time:  9:30 a.m.
vs.                                            )
                                               )
SAXTON MORTGAGE SERVICES, INC.,                )
ET AL,                                         )
                                               )
                    Defendants.                )
_____        )

**ORDER ON MOTION FOR SUMMARY JUDGMENT**

For the reasons stated on the record at the hearing in this matter, the Motion for

Summary Judgment (Docket No. 13), brought by Defendant Saxon Mortgage Services, Inc., will be

**DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**.

Copies noticed through ECF to:

COLT B. DODRILL cbdodrill@wolfewyman.com, kioffe@wolfewyman.com

TIMOTHY P. THOMAS TTHOMAS@TTHOMASLAW.COM

Aaron M. Waite awaite@ccfirm.com

Copies noticed through BNC to:

COLONIAL BANK
c/o Pite Duncan
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-0933

###